UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                      :

CARMEN TAVAREZ-VARGAS, Individually, and On  :
Behalf of All Others Similarly Situated,           :
                                                     :

                      Plaintiff,           :                 21-CV-10390 (JMF)
                                                     :

             -v-                       :                    ORDER
                                                   :

FIREFLY AEROSPACE, INC.,                :
                                                     :

                      Defendant.      :
                                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 9, 2022, Defendant was granted an extension of time to file an answer, until June 6, 2022.  To date, no answer has been filed.  As a courtesy, Defendant's deadline is hereby EXTENDED, *nunc pro tunc*, to **June 23, 2022**.  No further extensions will be granted.

       In addition, pursuant to the Court's December 7, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case.  To date, the parties have not filed the required joint letter.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 23, 2022**.

       SO ORDERED.

Dated: June 16, 2022
      New York, New York                                       JESSE M. FURMAN
                                                  United States District Judge